UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF JOSEPH MAGLIOLI, BERNARD MAGLIOLI, DANTE MAGLIOLI, AND ESTATE OF DALE AND PETRY CHRISTOPHER PETRY,<br><br>Plaintiffs,<br><br>v.<br><br>ANDOVER SUBACUTE REHABILITATION CENTER I; ANDOVER SUBACUTE REHABILITATION CENTER II; ALTITUDE HEALTH SERVICES INC.; ALTITUDE INVESTMENTS, LTD; ALLIANCE HEALTHCARE; CHAIM "MUTTY" SCHEINBAUM; LOUIS SCHWARTZ; JOHN AND JANE DOES 1-10; AND ABC AND XYZ CORPORATIONS 1-10,<br><br>Defendants. | Civ. No. 20-6605 (KM)(ESK)<br><br>Civ. No. 20-6985 (KM)(ESK)<br><br>**ORDER** |
| ESTATE OF WANDA KAEGI AND VICTOR KAEGI, ESTATE OF STEPHEN BLAINE AND SHARON FARRELL,<br><br>Plaintiffs,<br><br>v.<br><br>ANDOVER SUBACUTE REHABILITATION CENTER I; ANDOVER SUBACUTE REHABILITATION CENTER II; ALTITUDE HEALTH SERVICES INC.; ALTITUDE INVESTMENTS, LTD; ALLIANCE HEALTHCARE; CHAIM "MUTTY" SCHEINBAUM; LOUIS SCHWARTZ; JOHN AND JANE DOES 1-10; AND ABC AND XYZ CORPORATIONS 1-10,<br><br>Defendants. | |

For the reasons stated in the accompanying Opinion,

**IT IS** this 12th day of August, 2020

**ORDERED** that this action is remanded to the Superior Court of New Jersey, Sussex County.

The Clerk shall close the file.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**